# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0013.  TAYLOR v. THE STATE.**

Upon consideration of Appellant William Taylor's motion for an extension of time to file an application for discretionary appeal, it is hereby ordered that the motion is **DENIED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/27/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*